**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street - Suite 250
Princeton, New Jersey  08540-7839
Telephone:     +1 609 987 0050
Facsimile:      +1 609 951 0824
Attorneys for Defendant Chex Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROBILT CORPORATION, a Delaware Corporation, | Civil Action No. |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CHEX SYSTEMS, INC. PURSUANT TO RULE 7.1** |
| CHEX SYSTEMS, INC., a Minnesota Corporation, | |
| Defendant. | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Chex Systems, Inc. states that it is a wholly owned subsidiary of eFunds Corporation ("eFunds"). eFunds is a wholly owned subsidiary of Fidelity National Information Services, Inc. ("FNIS"). FNIS is a publicly held corporation traded on the New York Stock Exchange under the symbol "FIS."  Accordingly, a publicly owned corporation owns 100% of eFunds, Chex's parent corporation.

Respectfully submitted,

**REED SMITH LLP**

By:   */s/ Mark S. Melodia*
          Mark S. Melodia
          Edward J. Mullins III

Attorneys for Defendant Chex Systems, Inc.

Dated:  December 14, 2010