**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street - Suite 250
Princeton, New Jersey  08540-7839
Telephone:     +1 609 987 0050
Facsimile:     +1 609 951 0824
Attorneys for Defendant Chex Systems, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROBILT CORPORATION, a Delaware Corporation, | Civil Action No. |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CHEX SYSTEMS, INC., a Minnesota Corporation, | |
| Defendant. | |

To:    **CLERK OF THE COURT and ALL PARTIES OF RECORD**

Kindly enter the appearances of Mark S. Melodia, Esq. and Edward J. Mullins III, Esq., of the law firm Reed Smith LLP, as counsel of record for Defendant Chex Systems, Inc. in the above-captioned action.  We certify that we have been admitted to practice in this Court.  Please direct all court notices and correspondence regarding this case to the undersigned.

Respectfully submitted,

**REED SMITH LLP**

By:    */s/ Mark S. Melodia*
         Mark S. Melodia
         mmelodia@reedsmith.com

         Edward J. Mullins III
         emullins@reedsmith.com

Attorneys for Defendant Chex Systems, Inc.

Dated:  December 15, 2010